1  Jason S. Hartley, CA Bar No. 192514
2  Ryan D. O'Dell CA Bar No. 290802
   **STUEVE SIEGEL HANSON LLP**
3  550 West C Street, Suite 1750
4  San Diego, California 92101
   Email: hartley@stuevesiegel.com
5         odell@stuevesiegel.com
6  Telephone: 619-400-5822
   Facsimile: 619-400-5832
7  George A. Hanson, *Admitted Pro Hac Vice*
8  **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
9  Kansas City, Missouri 64112
10 Email: hanson@stuevesiegel.com
   Telephone: 816-714-7100
11 Facsimile: 816-714-7101
12 *Attorneys for Plaintiffs*
13 *See Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT MULLINGS, KERWYN KIRTON, DANIEL MAJESKI, and KEVIN KERR, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA INC., DTV HOME SERVICES II, LLC, and DIRECTSAT USA LLC, <br><br> Defendants. | Case No. CV13-8167 ABC (Ex) <br><br> **NOTICE OF APPEARANCE OF RYAN D. O'DELL** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Ryan D. O'Dell, of the law firm of Stueve Siegel Hanson LLP, 550 West C Street, Suite 1750, San Diego, CA 92101, hereby enters his appearance as counsel for Plaintiffs and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at: *odell@stuevesiegel.com.* |

Dated: January 17, 2014

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By:   s/Ryan D. O'Dell
Jason S. Hartley
Ryan D. O'Dell
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: hartley@stuevesiegel.com
      odell@stuevesiegel.com

George A. Hanson
MO Bar No. 43450
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com

**HEARIN, LLC**
JESSE B. HEARIN, III
La. Bar Roll No. 22422
1009 Carnation Street, Suite E
Slidell, Louisiana 70460
Telephone: 985-639-3377

*Attorneys for Plaintiffs*