APALLA U. CHOPRA (S.B. #163207)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ADAM J. KARR (S.B. #212288)
akarr@omm.com
LAUREN A. ELKERSON (S.B. #274666)
lelkerson@omm.com
ANDREW LICHTENSTEIN (S.B. #279297)
alichtenstein@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
DIRECTV, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT MULLINGS, KERWYN KIRTON, DANIEL MAJESKI, and KEVIN KERR,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA INC., DTV HOME SERVICES II, LLC, and DIRECTSAT USA LLC,<br><br>Defendants. | Case No. CV13-8167 ABC (Ex)<br><br>**DEFENDANT DIRECTV, LLC'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1; Local Rule 7.1-1] |

**CERTIFICATION AS TO INTERESTED PARTIES**

The undersigned, counsel of record for DIRECTV, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. On January 1, 2012, DIRECTV, Inc., a named defendant in this lawsuit, merged into Defendant DIRECTV, LLC. DIRECTV, Inc. no longer exists.
2. DIRECTV Holdings LLC. Defendant DIRECTV, LLC is owned by DIRECTV Holdings LLC.
3. The DIRECTV Group, Inc. DIRECTV Holdings LLC is owned by The DIRECTV Group, Inc.
4. DIRECTV. The DIRECTV Group, Inc. is owned by DIRECTV, both directly and through wholly-owned DIRECTV subsidiaries Greenlady Corp. and DIRECTV Entertainment, Inc.

Dated: February 13, 2014.

O'MELVENY & MYERS LLP
APALLA U. CHOPRA
ADAM KARR
LAUREN A. ELKERSON
ANDREW LICHTENSTEIN

By: /s/ Adam J. Karr
      Adam Karr
Attorneys for Defendant
DIRECTV, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2014, the foregoing document was electronically transmitted to the United States Court Clerk's Office using the CM/ECF System for filing and transmittal.

                              /s/ Adam J. Karr
                              Adam J. Karr