USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Robert Mullings, et al.,

                     Plaintiff,

      - against -

DirecTV, et al.,

                    Defendants.
-----------------------------------------------------------------X

14 Civ. 5743 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, District Judge:

       As a result of a pretrial conference held before the Court today, the following is ORDERED:

       By October 10, 2014, plaintiffs may amend their complaint. By October 20, 2014, defendants shall set forth in detail in a premotion letter all proposed grounds for dismissal. By October 30, 2014, plaintiffs shall advise whether they further wish to amend to address any matter in the premotion letter. Defendants' time to answer or move adjourned to a date to be set by this Court.

       Plaintiff represents that it will be filing a motion with JPMDL by October 17, 2014.

       SO ORDERED.

                                                  P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       October 1, 2014